UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **ROBERT GRAVES,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SCOTT SHELTON,** )<br>)<br>)<br>**Defendant.** ) | No. 1:23-cv-00074-JDL |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Plaintiff Robert Graves, proceeding pro se, filed this Complaint (ECF No. 1) against a former employer, Defendant Scott Shelton. After Graves did not file proof of service of process within 90 days of filing his Complaint, the Court issued an Order to Show Cause (ECF No. 6) ordering Graves to respond in writing no later than June 6, 2023, as to why service was not timely made and informing him that failure to respond would warrant dismissal of his Complaint under Federal Rule of Civil Procedure 4(m). Graves has not responded or otherwise filed proof of service of process.

United States Magistrate Judge Karen Frink Wolf filed her Recommended Decision with the Court on June 14, 2023 (ECF No. 7), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2023) and Fed. R. Civ. P. 72(b), recommending that the Court dismiss the Complaint without prejudice. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal. The time within which to file objections has expired, and no objections have been filed.

1

Notwithstanding this waiver, I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in her Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 7) of the Magistrate Judge is hereby **ACCEPTED** and the Complaint (ECF No. 1) is **DISMISSED** without prejudice.

SO ORDERED.

Dated: August 9, 2023

/s/ Jon D. Levy
**CHIEF U.S. DISTRICT JUDGE**